USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Insured Advocacy Group, LLC,

                Plaintiff,

- against -

Nuresto Property Group, LLC et al,

                Defendants.

---

24-CV-7418(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since March 3, 2025. At that time, a proposed Clerk's Certificate of Default was filed, which the Clerk's Office approved. (See Dkt. Nos. 11, 13.) Plaintiff Insured Advocacy Group, LLC, has not moved for default judgment, however. Accordingly, it is hereby

    **ORDERED** that Plaintiff inform the Court, within seven (7) days of the date of this Order, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings.

**SO ORDERED.**

Dated:    September 10, 2025
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.