USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/19/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

INSURED ADVOCACY GROUP, LLC,

                    Plaintiff,

          - against -

NURESTO PROPERTY GROUP, LLC et al,

                    Defendants.

**24-CV-7418 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Complaint in this action was filed on October 1, 2024. (See Dkt. No. 1.) The deadline to effect service on defendant Hector Coronado ("Coronado") therefore passed on December 30, 2024. See Fed. R. Civ. P. 4(m). In a letter dated September 17, 2025, Plaintiff informed the court that it had not yet completed service on Coronado. (See Dkt. No. 15.) As of the date of this Order, no proof of service of Coronado has been filed.

Accordingly, Plaintiff is hereby **ORDERED** to inform the Court of its efforts to serve Coronado and to show good cause why the action against Coronado should not be dismissed for failure to timely effect service within seven (7) days of the date of this Order. Plaintiff is hereby notified that, absent a showing of good cause, this action will be dismissed as against Coronado.

**SO ORDERED.**

Dated:    19 February 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.

2